FILED
VANESSA L. ARMSTRONG, CLERK
JUL 17 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**United States of America,**

**Plaintiff,**

**vs.**

Brandon Brady

**Defendant**

**DEFENDANT'S CONSENT TO APPEAR BY VIDEO TELECONFERENCE**

**Case No.** 18-CR-95-JHM

---

You will be appearing before a federal judge at the United States District Court. The courthouse is equipped with video teleconferencing equipment which permits you to see and speak with the Judge by video teleconference rather than appearing in person. You have the right to appear in person before a Judge or you can waive that right and consent to a hearing by video teleconference. By signing this form you are giving your consent to allow the court proceedings or hearings (the Initial Appearance and Arraignment) to be conducted by video teleconference.

**I understand that by signing this form, I am providing my consent for court proceedings to be conducted by video teleconference as provided for in Rules 5 and 10 of the Federal Rules of Criminal Procedure. This consent is provided freely and voluntarily and no threats or promises have been made to compel me to sign this form.**

Dated: 07/17/18

[signature]
Defendant

[signature]
Defendant's Attorney (if applicable)